**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| JALINSKI ADVISORY GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> MCLEAN ASSET MANAGEMENT CORPORATION, <br><br> Defendant. | Civil Action No. 1:18-cv-00923 |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Jalinski Advisory Group, Inc. ("JAG"), by counsel, and Defendant McLean Asset Management Corporation ("McLean"), by counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully and jointly stipulate to the dismissal WITH PREJUDICE and in their entirety all claims and counterclaims asserted between JAG and McLean in this action, with each party to bear its own costs and attorneys' fees. This Court shall retain jurisdiction to enforce the terms of the agreement reached between the parties, which is hereby incorporated by reference.

Together we ask for this:

Date: January 14, 2019

**JALINSKI ADVISORY GROUP, INC.**

*/s/ Anthony Tacconi*
Robert F. Donnelly (VSB. No. 29168)
Anthony Tacconi (VSB No. 47459)
GOODMAN ALLEN DONNELLY
4501 Highwoods Parkway, Suite 210
Glen Allen, Virginia 23060
Tel. (804) 346-5192
Fax (804) 346-5954
rdonnelly@goodmanallen.com
atacconi@goodmanallen.com

        Maurice N. Ross (admitted pro hace vice)
Barton LLP
420 Lexington, Avenue, 18th Floor
New York, New York 10170
Tel. (212) 687-6262
Fax (212) 687-3667
mross@bartonesq.com

*Counsel for Plaintiff Jalinski Advisory Group, Inc.*

Date: January 14, 2019

**MCLEAN ASSET MANAGEMENT CORPORATION**

*/s/ Laura Anne Kuykendall*
Robert A. Angle (VSB No. 37691)
Laura Anne Kuykendall (VSB No. 82318)
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond Virginia 23219
Telephone: 804.697.1200
Fax: 804.697.1339
robert.angle@troutman.com
la.kuykendall@troutman.com

*Counsel for Defendant*
*McLean Asset Management Corporation*